# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **FELIPE DELEON, JR., ID # 811123,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:07-CV-1912-M |
| ) | ECF |
| **CINDY DYER, et al.,** ) | |
| Defendants. ) | |

## ORDER ACCEPTING SUPPLEMENTAL FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Supplemental Findings and Conclusions to which objections have been made, I am of the opinion that the Supplemental Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 24th day of June, 2008.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS